FILED
2008 Oct-31 PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2008 OCT 30 PM 3:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EVA JACKSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CV-08-AR-2038-S |
| v. | ) | |
| | ) | |
| ACXIOM CORPORATION | ) | |
| and TRANS UNION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendant Trans Union LLC ("Trans Union") by its attorneys, hereby removes this action from the District Court of Jefferson County, Alabama to the United States District Court for the Northern District of Alabama, Southern Division pursuant to 28 U.S.C. § 1441(b). In support thereof, Trans Union states as follows:

1. On or about September 29, 2008, a civil action entitled <u>Eva Jackson v. Acxiom Corporation and Trans Union LLC</u>, Case No. DV-2008-904001.00, was filed in the District Court of Jefferson County, Alabama. A Summons to Trans Union was issued the same day. A copy of the Complaint and Summons is attached hereto as Exhibit A.

CENTRAL\30982635.1

2.      Trans Union was served with a copy of the Complaint and Summons on October 1, 2008, by certified mail.

3.      The Complaint alleges that Plaintiff brings this action "under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq." The Complaint further alleges that the "Defendants negligently and/or willfully violated the provisions of the [Fair Credit Reporting Act] "when they allegedly distributed "Target Marketing lists or related information concerning Firm Offer Claims." The Complaint further defines "Firm Offer" by referencing 15 U.S.C. § 1681b(c) of the Fair Credit Reporting Act. The Complaint, therefore, unequivocally and specifically alleges a cause of action under the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.

4.      This Court has original jurisdiction over this action under 15 U.S.C. § 1681p (establishing federal court jurisdiction for claims brought under the Fair Credit Reporting Act) and 28 U.S.C. § 1331 (establishing federal question jurisdiction). Consequently, this action may be removed to this Court by Trans Union under 28 U.S.C. § 1441(b) because this lawsuit is founded on the laws of the United States.

5.      Under 28 U.S.C. § 1446(b), this Notice of Removal is timely because it has been filed within thirty (30) days of Trans Union's receipt of the initial pleading setting forth Plaintiff's claim for relief upon which this action is based.

6.  Pursuant to 28 U.S.C. § 1446(a), Trans Union has attached to this Notice of Removal copies of all process, pleadings, and orders served upon it, the removing Defendant in this action.

7.  By filing this Notice of Removal, Trans Union does not waive any defenses to the claims asserted by Plaintiff which may be available to it, or concede that Plaintiff has stated any claim upon which relief can be granted.

8.  Trans Union further represents that this Notice of Removal will be served on Plaintiff as indicated on the attached Certificate of Service.

9.  A copy of this Notice of Removal will be filed with the District Court of Jefferson County, Alabama.

10. Co-defendant Acxiom Corporation has consented to Trans Union's Notice of Removal.

Date: October 30, 2008

Respectfully submitted,

_/s/ Charles A. Dauphin_
Charles A. Dauphin
Joseph D. Jackson, Jr.
Attorneys for Trans Union, LLC

**OF COUNSEL:**

Charles A. Dauphin
Joseph D. Jackson, Jr.
Baxley, Dillard, Dauphin, McKnight & Barclift
2008 Third Avenue South
Birmingham, AL 35233
T: 205.271.1100
F: 205.271.1108

Roger L. Longtin
Michael O'Neil
Peter J. Donoghue
DLA Piper LLP (US)
203 N. LaSalle Street
Suite 1900
Chicago, IL 60601
T: 312.368.4000
F: 312.236.7516

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2008, I caused a true and correct copy of the foregoing *Notice of Removal* to be served on the following party at the indicated address by First Class United States Mail:

Brandon L. Blankenship
2001 Park Place Tower, Suite 825
Birmingham, Alabama 35203

                                                        _____
                                                        OF COUNSEL

# EXHIBIT A

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | **SUMMONS**<br>- CIVIL - | **Case Number:**<br>01-DV-2008-904001.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### EVA BOLAR JACKSON v. AXCIOM CORP. ET AL

**NOTICE TO** TRANSUNION, L.L.C., PRENTICE-HALL CORP. 150 SO. PERRY ST., MONTGOMERY AL, 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY BRANDON LEE BLANKENSHIP

WHOSE ADDRESS IS POST OFFICE BOX 13087, BIRMINGHAM AL, 35202

THE ANSWER MUST BE MAILED WITHIN 14 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of  EVA BOLAR JACKSON
pursuant to the Alabama Rules of the Civil Procedure

| 9/29/2008 2:36:30 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s BRANDON LEE BLANKENSHIP
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

Date _____   Server's Signature _____

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev.5/99 | COVER SHEET<br>DISTRICT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number:<br>01-DV-2008-<br>Date of Filing:<br>09/29/2008 |
|---|---|---|

### IN THE DISTRICT OF JEFFERSON COUNTY, ALABAMA
### EVA BOLAR JACKSON v. AXCIOM CORP. ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:**

☐ CTEM-Contempt of Court
☐ CONT-Contract/Ejectment/Writ of Seizure
☐ AUTO-Autodamages/Subrogation/Promissory Note
☐ DISP-Non-Account Dispute: Roomate/Neighbor/Animal
☐ EVIC-Eviction
☐ GDAM-General Damages
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ RECP-Recover Property
☑ DVXX-Miscellaneous District Civil Case

☐ TOXX - Other: _____

**ORIGIN:**  F ☑ INITIAL FILING    O ☐ OTHER

R ☐ REMANDED

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** BLA116    9/29/2008 2:32:32 PM    /s BRANDON LEE BLANKENSHIP

**MEDIATION REQUESTED:**  ☐ Yes  ☐ No  ☑ Undecided



### In the District Court of Jefferson County, Alabama (Birm...

Eva Jackson (Plaintiff) vs. Acxiom Corporation, Trans Union, LLC (Defendant...

### Complaint

1. **Introduction:** This action is intended to be a claim against the Settlement Fund established by In re: Trans Union Corporation Privacy Litigation, MDL 1350, Master Case NO. 00-CV-4729 in the United States District Court of Illinois, Eastern Division, (hereinafter "Settlement Fund Action"). This action is brought under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.

2. "Target Marketing" is a practice wherein consumers are identified by, among other criteria, targeted financial criteria or demographic traits for the purpose of selling or advertising goods and services, or soliciting charitable or political contributions, directly to consumes by mail, telephone, or other means. A "Firm Offer" means an offer of credit or insurance to a consumer regulated by Section 604(c) of the FCRA (15 U.S.C. § 1681b(c)). The Defendants distributed Target Marketing lists or related information concerning Firm Offer claims.

3. The instant action is filed within two (2) years of the Final Approval of the Settlement Fund Action and is therefore timely filed.

4. **Parties:** The Plaintiff is a consumer who had an open credit account or an open line of credit from a credit grantor located in the United States at any time during the period January 1, 1987 to May 28, 2008. The Plaintiff is not Acxiom Corporation or Trans Union, LLC their predecessors, affiliates, subsidiaries, officers, directors or employees. The Plaintiff is not counsel for any of the parties in the Settlement Fund Action. The Plaintiff was not a judge or justice assigned to hear any aspect of the Settlement Fund Action, nor their staff, the spouses of the foregoing or any children residing in their households.

5. The Defendants invaded the privacy of the Plaintiff and the Plaintiff was proximately injured.
6. The Defendants misappropriated Plaintiff's information and wrongfully profited thereby.
7. The Defendants are liable to Plaintiff on a theory of intrusion upon seclusion.
8. The Defendants negligently and /or willfully violated the provisions of the FCRA.
9. The Defendants were unjustly enriched to the Plaintiff's detriment.

**WHEREFORE, BASED ON THE FOREGOING,** Plaintiff demands judgment against each named Defendant, separately and severally, for compensatory and punitive damages in an amount to be determined by the Court, plus costs, along with such other, further and different relief to which Plaintiff may be entitled.

Anne-Marie Adams  
Jefferson County Clerk  
716 R Arrington Jr Blvd North, RM 400  
Birmingham, AL 35203-0115

Brandon L. Blankenship, BLA 116  
Attorney for the Plaintiff  
2001 Park Place Tower, STE 825  
Birmingham, AL 35203  
(205)912-8241

### SUMMONS

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE TO PERFECT SERVICE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND COMPLAINT UPON THE ABOVE-NAMED DEFENDANT.

### NOTICE TO THE DEFENDANT

THE COMPLAINT SET OUT ABOVE IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTED OR DENYING EACH ALLEGATION INT EH COMPLAINT, TO THE PLAINTIFF (OR THE ATTORNEY FOR THE PLAINTIFF), AT THE ADDRESS NOTED ABOVE.

THIS ANSWER MUST BE MAILED OR HAND DELIVERED TO THE CLERK OF COURT A THE ADDRESS BELOW WITHIN FOURTEEN (14) DAYS AFTER THIS SUMMONS AND COMPLIANT WERE DELIVERED TO YOU, OR A JUDGMENT BY DEFAULT MAY ME ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS MADE IN THE COMPLAINT. (YOU MUST FILE THE ORIGINAL ANSWER WITH THE CLERK OF THIS COURT.)

Date: _____

Clerk of Court  
716 R Arrington Jr Blvd North, RM 400  
Birmingham, AL 35203-0115

| Form C-88 (Back)   Rev. 6/96 | STATEMENT OF CLAIM (Complaint) |
|---|---|
| | District Civil (Except Small Claims and Detinue Actions) |

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ (date).
☐ I certify that I personally delivered a copy of this Statement of Claim (Complaint) at _____ on _____ and on _____ at _____, I served it on the above-named defendant by delivering a copy of the complaint.

Date _____

Sheriff/Deputy Sheriff/Process Server

| Form C-86 (Back)   Rev. 4/96 | STATEMENT OF CLAIM (Complaint) |
|---|---|
| | District Civil (Except Small Claims and Detinue Actions) |

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ (date).

☐ I certify that I personally delivered a copy of this Statement of Claim (Complaint) at _____ on _____ and on _____ at _____, I served it on the above-named defendant by delivering a copy of the complaint.

Date _____, _____

_____
Sheriff/Deputy Sheriff/Process Server



ANNE-MARIE ADAMS, CLERK
DISTRICT COURT OF JEFFERSON COUNTY CIVIL
ROOM 500
716 RICHARD ARRINGTON JR., BLVD. NO.
BIRMINGHAM, AL 35203

CERTIFIED MAIL

7008 0500 0001 8615 7419

OCT - 1 2008

TRANSUNION LLC
PRENTICE-HALL CORP
150 SO PERRY ST
MONTGOMERY AL 36104

36104+4227 C006