IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVA JACKSON, } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 08-AR-2038-S |
| } | |
| ACXIOM CORPORATION, et al., } | |
| } | |
| Defendants. } | |

### ORDER

Pursuant to the stipulation of dismissal filed on November 10, 2008, by plaintiff, the above-entitled action is hereby DISMISSED WITHOUT PREJUDICE. Defendant, Trans Union, LLC, has consented, and defendant, Acxiom Corporation, has not appeared. The case is REMOVED from the motion docket of November 14, 2008.

Costs are taxed against plaintiff.

DONE this 12th day of November, 2004.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE